EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Luis E. Dubón Otero | Queja<br><br>2003 TSPR 100<br><br>159 DPR _____ |

Número del Caso: CP-2001-6


Fecha: 20 de mayo de 2003


Oficina del Procurador General:

                    Hon. Gustavo A. Gelpí
                    Procurador General

                    Lcda. Yvonne Casanova Pelosi
                    Procuradora General Auxiliar


Abogado de la Parte Querellada:

                    Lcdo. Gerardo Ortiz del Rivero


Materia: Conducta Profesional
         (La suspensión es efectiva a partir del 9 de junio
         de 2003, fecha en que se le notificó al abogado de su
         suspensión inmediata.)

        Este documento constituye un documento oficial del Tribunal
        Supremo que está sujeto a los cambios y correcciones del
        proceso de compilación y publicación oficial de las decisiones
        del Tribunal. Su distribución electrónica se hace como un
        servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis E. Dubón Otero

CP-2001-6

PER CURIAM

San Juan, Puerto Rico, a 20 de mayo de 2003.

El 18 de octubre de 1960 Luis E. Dubón Otero fue admitido al ejercicio de la profesión jurídica.

El 17 de mayo de 2001 Dubón Otero fue suspendido provisionalmente del ejercicio de la abogacía por este Foro, por razón de haber sido encontrado culpable por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, de violar la Sección 371 del Código de los Estados Unidos ("Conspiración para defraudar a los Estados Unidos"). La sentencia del foro federal le impuso una pena de reclusión de sesenta meses, una multa de $125,000, y una Orden de Restitución al Gobierno Federal por la cantidad de $1,559,820.

El 29 de mayo de 2002 la Corte de Apelaciones de los Estados Unidos para el Primer Circuito dictó una sentencia mediante la cual confirmó la referida condena de Dubón Otero por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. El 4 de marzo de 2003 el Procurador General de Puerto Rico compareció ante nos y nos solicitó que en vista de la sentencia emitida por la Corte de Apelaciones de los Estados Unidos para el Primer Circuito referida antes, procediéramos a suspender permanentemente a Dubón Otero del ejercicio de la abogacía, conforme a lo dispuesto en la Ley del 11 de marzo de 1999, 4 L.P.R.A. sec. 735.

Además, tomamos conocimiento judicial que el 27 de enero de 2003 el Tribunal Supremo de los Estados Unidos confirmó a su vez el dictamen referido de la Corte de Apelaciones de los Estados Unidos para el Primer Circuito. Véase, Dubón Otero v. United States, 123 S. Ct. 993, 154 L. Ed. 2d. 912, 71 U.S.L.W. 3503 (2003).

Por todo lo antes expuesto, procede que se suspenda a Luis E. Dubón Otero del ejercicio de la profesión de la abogacía de Puerto Rico indefinidamente, efectivo de inmediato.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis E. Dubón Otero

CP-2001-6

SENTENCIA

San Juan, Puerto Rico, a 20 de mayo de 2003.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende a Luis E. Dubón Otero del ejercicio de la profesión de la abogacía de Puerto Rico indefinidamente, efectivo de inmediato.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez concurre sin opinión escrita. Los Jueces Asociados señores Rebollo López y Corrada del Río no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo